IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 10-39803 |
| | ) | |
| Dearborn Restaurant Group | ) | Chapter 11 |
| d/b/a THE Joynt | ) | |
| Debtor, | ) | Judge: A. Benjamin Goldgar |
| | ) | |

## NOTICE OF MOTION

TO: Patrick S. Layng, Office of the US Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604

See Attached Service List

PLEASE TAKE NOTICE that on **December 14, 2011 at 10:00 am**, I shall appear before Honorable Judge A. Benjamin Goldgar in courtroom 613 of the Dirksen Federal Building 219 S. Dearborn, Chicago, IL or any judge presiding and then and there present the attached **Motion For Entry of a Final Decree,** a copy of which is attached hereto.

By: /s/ Martin A. Lear
Martin A. Lear

## CERTIFICATE OF SERVICE

I, Martin A. Lear, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 105 W. Madison, Suite 2300, Chicago, IL, before the hour of 5:30 p.m., on December 7, 2011.

By: /s/ Martin A. Lear
Martin A. Lear

Martin A. Lear
Law Offices of Ernesto D. Borges, Jr., PC
105 W. Madison #2300
Chicago, IL 60602
(312) 853-0200

Label Matrix for local noticing
0752-1
Case 10-39803
Northern District of Illinois
Chicago
Thu Jul  7 10:48:12 CDT 2011

DEARBORN RESTAURANT GROUP, d/b/a THE Joynt
650 N. Dearborn
Chicago, IL 60654-3873

Market Square Lot 2 LLC
2604 Dempster Street Ste. 100
Park Ridge, IL 60068-8425

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1704

Abrams & Abrams PC
180 W. Washington
Suite 910
Chicago, IL 60602-2316

Auto Chlor Systems
2295 S. Mount Prospect Rd.
Des Plaines, IL 60018-1810

Automatic Icemakers
PO Box 5436
Chicago, IL 60680-5436

Blitt & Gaines PC
661 Glenn Ave
Wheeling, IL 60090-6017

Blitt and Gaines, P.C.
661 Glenn Ave.
Wheeling, IL 60090-6017

Bradley K Sulivan
79 W Monroe Ste 1020
Chicago, IL 60603-4964

Chicago Booth Manufacturing
5000 W. Roosevelt Rd.
Chicago, IL 60644-1789

Chicago Booth Manufacturing, Inc.
c/o
Blitt and Gaines, P.C.
661 Glenn Ave
Wheeling, IL 60090-6017

City of Chicago - Dept. or Revenue
121 N. LaSalle St.
Chicago, IL 60602-1288

Com  Ed
Bill Payment Center
Chicago, IL 60668-0001

Commonwealth Edison Company
3 Lincoln Center
Attn: Bankruptcy Section
Oakbrook Terrace, IL 60181-4204

Concierge Preferred
1435 Plum Grove Rd. Suite C
Schaumburg, IL 60173-4590

Concierge Preferred Magazine
400 N Wells  Suite 212
Chicago, IL 60654-2762

Conrad Szewczyk
205 W Randolph  Ste 850
Chicago, IL 60606-1892

GCS Service, Inc.
PO Box 64373
Saint Paul, MN 55164-0373

Glacial Energy
c/o Brotschul Potts LLC
Suite 230
Chicago, IL 60606

Glacial Energy
c/o Brotschul Potts LLC., Suite 230
230 W. Monroe Street,
Chicago, IL 60606-4703

IDES
P.O. Box 19300
Springfield, IL 62794-9300

Illinois Casualty
P O Box 4208
Rock Island, IL 61204-4208

(p)ILLINOIS DEPARTMENT OF REVENUE
P O BOX 64338
CHICAGO IL 60664-0338

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

John Hagardon
7009 W. Ogden
Berwyn, IL 60402-4651

Judge & Dolph Ltf.
PO Box 809180
Chicago, IL 60680-9180

Judge & Dolph, Ltd.
c/o Abrams & Abrams, P.C.
180 W Washington St., #910
Chicago, IL 60602-2316

Lease Corporation of America
PO Box 99162
Troy, MI 48099-9162

Liberty Flaggs-Banner Falgpol
4740 N. Cumberland
Chicago, IL 60656-4239

Mages & Price
707 Lake Cook Road
Suite 314
Deerfield, IL 60015-4933

Market Sqaure Lot 2 LLC
William J Mantas Gierum & Mantas
9700 W Higgins Road  Ste 1015
Rosemont, IL 60018-4712

Olga Ramirez
c/o William F Zieske
53 W Jackson Blvd  Ste 1531
Chicago, IL 60604-3775

Paul Babcock
111 E. Chestnut
Unit 25D
Chicago, IL 60611-6003

Richard S Zachary Law Office
180 N LaSalle  Ste 1925
Chicago, IL 60601-2695

Stan Wozniak
111 E. Chestnut
Unit 25D
Chicago, IL 60611-6003

Webster Powell
320 W. Ohio Suite 501
Chicago, IL 60654-7816

Ernesto D Borges
Law Offices of Ernesto Borges
105 W Madison Street
23rd Floor
Chicago, IL 60602-4647

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Mages and Price
707 Lake Cook Road, Suite 314
Deerfield, IL 60015-4933

Market Square Lot 2 LLC
2604 Dempster Ste 100
Park Ridge, IL 60068-8425

Orkin Pest Control
4201 W. 36th Street
Chicago, IL 60632-3800

Peoples Gas
130 E. Randolph Dr.
Chicago, IL 60601-6302

Rockwall Capital LLC
d/b/a The MotherFund
20 Noble Court, Suite 130
Heath, TX 75032-6205

State Ohio Currency Exchange
707 Lake Cook Road
Deerfield, IL 60015-5613

William Zieske
53 W Jackson Blvd
Suite 1557
Chicago, IL 60604-3793

John E Gierum
Gierum & Mantas
9700 W Higgins Rd, Ste 1015
Rosemont, IL 60018-4712

Market Sqaure Lot 2 LLC
2604 Dempster Ste 100
Park Ridge, IL 60068-8425

Olga Ramirez
6859 W 64th Place
Chicago, IL 60638-4898

Pasture to Plate
5105 W. Odgen
Cicero, IL 60804-3537

Rewards Network Establishment
2 N. Riverside
Suite 950
Chicago, IL 60606-2614

Rockwall Capital LLC
d/b/a The MotherFund
316 Goliad St., Suite 207
Rockwall, TX 75087-3944

Time Payment Corporation
10-Commerce Way
Woburn, MA 01801-1028

William Zieske
53 W. Jackson Blvd
Suite 1531
Chicago, IL 60604-3775

Martin A. Lear
Law Offices of Ernesto D. Borges
105 West Madison
23rd Floor
Chicago, IL 60602-4647

---

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).




Avery® 5160® — Easy Peel Labels — Use Avery® Template 5160®

Illinois Department of Revenue
Bankruptcy Unit
100 W. Randolph St., #7-400
Chicago, IL 60601

(d) Illinois Dept of Revenue
100 W. Randolph Suite 700
Chicago, IL 60601

Internal Revenue Service
Official Bankruptcy Address
PO Box 21126
Philadelphia, PA 19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u) Illinois Department Of Revenue

(d) Abrams & Abrams PC
180 W Washington
Suite 910
Chicago, IL 60602-2316

(d) Bradley K Sulivan
79 W. Monroe
Suite 1020
Chicago, IL 60603-4964

(d) Conrad Szewczyk
205 W. Randolph
Suite 850
Chicago, IL 60606-1892

(d) Illinois Casualty
P.O. box 4208
Rock Island, IL 61204-4208

(d) Richard S. Zachary Law Office
180 N. LaSalle
Suite 1925
Chicago, IL 60601-2695

(d) Stan Wozniak
111. E Chestnut
Unit 25D
Chicago, IL 60611-6003

End of Label Matrix
Mailable recipients    54
Bypassed recipients     7
Total                  61

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 10-39803 |
| | ) | |
| Dearborn Restaurant Group | ) | Chapter 11 |
| d/b/a THE Joynt | ) | |
| Debtor, | ) | Judge: A. Benjamin Goldgar |
| | ) | |

## MOTION FOR ENTRY OF A FINAL DECREE

Dearborn Restaurant Group d/b/a/ THE Joynt (the "Debtor") Debtor and Debtor in possession, pursuant to 11 U.S.C. 350 and Bankruptcy Rule 3022, seeks entry of an order for a final decree, and in support thereof, states as follows:

1. On September 3, 2010 ("Filing Date"), Debtor filed a voluntary petition for relief under Chapter 11 of the bankruptcy Code ("Code").

2. Pursuant to Sections 1107 and 1108 of the Cod, Debtor is operating its business as a debtor-in-possession.

3. On September 7, 2011, this Court entered an order confirming Debtor's amended plan of reorganization (Docket No. 102).

4. Debtor has substantially consummated its plan of reorganization. It has paid all trustee fees due and owing, and has begun making quarterly payments to Class 1. A chart of the status of remaining payments is attached hereto and incorporated herein as Exhibit A.

5. There are no pending motions or other activity in this case.

6. By this motion, Debtor seeks entry of an order closing the case.

7. Notice of this motion has been sent to all creditors, the U.S. Trustee, and Debtor.

WHEREFORE, the Debtor, Dearborn Restaurant Group d/b/a/ THE Joynt, debtor and debtor in possession herein, prays that an order granting entry of final decree be filed and for such other and further relief as this court deems just and proper.

                Respectfully submitted,
                Dearborn Restaurant Group d/b/a/ THE Joynt
                By:    /s Martin A. Lear
                      Martin A. Lear

/s/Martin A. Lear
LAW OFFICES OF ERNESTO D. BORGES
105 West Madison, 23rd Floor
Chicago, IL 60602
312-853-0200
Fax: 312-853-3130