UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) Case No.: 10-39803
Dearborn Restaurant Group )
d/b/a THE Joynt ) Chapter: 11
)
) Honorable A. Benjamin Goldgar
)
)
Debtor(s) )

ORDER GRANTING DEBTOR'S MOTION FOR FINAL DECREE

THIS MATTER coming to be heard on the MOTION FOR FINAL DECREE; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS ORDERED:

1. Debtor's motion for final decree is hereby granted

2. ~~Debtor's case No. 10-39803 is closed.~~

Enter: *[signature]*

**2 1 DEC 2011**

Dated:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

**Prepared by counsel of Movant:**

Martin A. Lear
The Law Offices of Ernesto D. Borges, Jr.
105 W. Madison, 23rd Floor
Chicago, IL 60602

Rev: ILNB20100428_bko